# EXHIBIT A

### JOURNAL OF THE SENATE
#### Wednesday, May 2, 2012
#### One Hundred Fifteenth Day

415

The Senate session convened at 10:00 a.m. with President Pierce presiding.

Senator McComish offered prayer.

Pledge of Allegiance to the Flag was led by Senator Barto.

The following Senators answered on roll call:

PRESENT: Aboud, Allen, Antenori, Barto, Biggs, Burges, Cajero Bedford, Crandall, Gallardo, Gould, Gray, Griffin, Jackson, Landrum Taylor, Lewis, Lopez, McComish, Melvin, Meza, Reagan, Schapira, Shooter, Smith, Yarbrough, President Pierce--25

EXCUSED: Driggs, Klein, Lujan, Murphy, Nelson--5

Senator Lujan was seated at 11:21 a.m.
Senators Klein and Nelson were seated at 1:34 p.m.
Senator Murphy was seated at 1:37 p.m.
Senator Driggs was seated at 1:42 p.m.

### JOURNAL

The President announced that without objection, reading of the Journal of Tuesday, May 1, 2012 was dispensed with and approved as recorded by the Secretary.

### MESSAGES FROM THE HOUSE

President Pierce announced that without objection, Messages from the House as listed on the calendar would not be read.  The messages would be entered in the Journal.

(May 1, 2012)
House concurred in Senate amendments and passed on Final Reading House Bills 2466 (60-0-0); 2713 (60-0-0); 2794 (58-2-0)

### COMMITTEE OF THE WHOLE

Upon motion of Senator Biggs and agreed to, the Senate at 10:08 a.m. resolved itself into Committee of the Whole for consideration of the bill on the calendar with Senator Crandall in the chair.

Senator Biggs moved that during Committee of the Whole the debate be limited to no more than three minutes per Senator, speaking once per motion.  The motion carried.

At 11:21 a.m., the Committee of the Whole was dissolved and Senator Crandall submitted the following recommendation:

House Bill 2571, do pass amended

Senator Crandall moved the report of the Committee of the Whole be adopted and the bill be properly assigned.  The motion carried and House Bill 2571 was placed under Third Reading of Bills.

### MESSAGES FROM THE HOUSE

President Pierce announced that without objection, Messages from the House as listed on the calendar would not be read.  The messages would be entered in the Journal.

(May 2, 2012)
House acceded to the Senate request and appointed Free Conference Committees to the following:

Senate Bill 1442 – Members Mesnard, Farley, Vogt
Senate Bill 1449 – Members Montenegro, Farley, Quezada

### RECESS

At 11:24 a.m. the Senate stood at recess subject to the sound of the gavel.

416 **JOURNAL OF THE SENATE**
Wednesday, May 2, 2012

RECONVENE

The President called the Senate to order at 1:39 p.m.

## MESSAGES FROM THE HOUSE

President Pierce announced that without objection, Messages from the House as listed on the calendar would not be read. The messages would be entered in the Journal.

(May 2, 2012)
House adopted the Conference Committee Report on Senate Bill 1153

House passed on Third Reading Senate Bill 1407 (58-0-2) amended

House concurred in Senate amendments and passed on Final Reading House Bill 2503 (38-20-2); House Concurrent Resolution 2004 (38-20-2)

## MOTION TO AUTHORIZE PRESIDENT PIERCE AND SPEAKER TOBIN LITIGATION

Senator Biggs made the following motion:

Whereas, even though the Senate believes it is clear under the Senate Rules, the Arizona Constitution, and case law, that the President of the Senate is authorized to represent the entire body in various matters, including litigation, but nevertheless the Arizona Supreme Court in Bennett v. Napolitano did not recognize this authority;

Therefore, I move that the Senate, Fiftieth Legislature, join with the House to file suit, and join or intervene in any suit in both state and federal court to defend the authority of the Senate related to redistricting under the Constitutions of both the United States and the State of Arizona. To accomplish this purpose the Senate authorizes the President to represent the interests of the Senate and take all appropriate action, including the retention of outside counsel, on its behalf in any matter related to redistricting, including acting jointly with the Speaker of the House to act on behalf of the Legislature as a whole.

Senator Schapira requested a roll call vote. Request for a roll call vote was supported by Senator Landrum Taylor. The motion passed by the following vote:

AYES 21: Allen, Antenori, Barto, Biggs, Burges, Crandall, Driggs, Gould, Gray, Griffin, Klein, Lewis, McComish, Melvin, Murphy, Nelson, Reagan, Shooter, Smith, Yarbrough, President Pierce S

NOES 9: Aboud, Cajero Bedford, Gallardo, Jackson, Landrum Taylor, Lopez, Lujan, Meza, Schapira

## THIRD READING OF BILLS

The following bill was read on Third Reading by number and title, passed on roll call and signed in open session:

House Bill 2571: An Act amending sections 3-107, 3-1003, 3-1003.02, 3-1211, 4-111, 4-112, 5-101.01, 5-105, 5-112, 5-224, 5-556, 5-604, 6-111, 6-112, 15-182, 15-203 and 15-543, ARS; repealing section 15-1331, ARS; amending sections 15-1626, 15-1852, 15-2002, 17-211, 17-231, 20-141, 20-148, 23-108, 23-108.02, 23-391, 23-406, 23-1501, 26-101, 26-102, 26-305, 27-122, 27-151, 28-363, 30-103, 30-108, 30-652, 31-401, 31-402, 32-106, 32-304, 32-503, 32-703, 32-802, 32-905, 32-1103, 32-1104, 32-1205, 32-1305, 32-1307, 32-1405, 32-1509, 32-1605.01, 32-1673, 32-1704, 32-1804, 32-1903, 32-1904, 32-2003, 32-2063, 32-2109, 32-2206, 32-2207, 32-2304, 32-2904, 32-2905, 32-3003, 32-3253, 32-3403, 32-3504, 32-3506, 32-3605, 32-3903, 32-3904, 35-196.01, 36-102, 36-103, 36-273, 36-446.03, 36-450.02, 36-1943, 36-2903.01, 36-2926, 37-132, 37-623.01, 37-1122, 38-401, 38-448, 38-532, 38-610.01, 38-610.02 and 38-611, ARS; amending title 38, chapter 4, article 1, ARS, by adding sections 38-611.01 and 38-611.02; amending sections 38-612, 38-654, 38-715, 38-848, 40-105, 40-108, 40-464, 41-121.02, 41-151.04, 41-151.05, 41-172, 41-192, 41-511.02, 41-515.01, 41-531, 41-542, 41-619.53 and 41-701, ARS; amending title 41, chapter 4, article 1, ARS, by adding sections 41-709, 41-710 and 41-711; amending title 41, chapter 4, ARS, by adding article 4; repealing title 41, chapter 4, article 5, ARS; amending title

41, chapter 4, ARS, by adding a new article 5; changing the designation of title 41, chapter 4, article 6, ARS, to "state personnel board"; amending sections 41-781 and 41-782, ARS; repealing sections 41-783 and 41-784, ARS; transferring and renumbering section 41-785, ARS, for placement in title 41, chapter 4, article 6, as section 41-783; amending section 41-783, ARS, as transferred and renumbered by this act; repealing section 41-786, ARS; amending sections 41-821, 41-832, 41-902, 41-903, 41-941, 41-982, 41-1009, 41-1051, 41-1092.01, 41-1604, 41-1711, 41-1830.11, 41-1830.12 and 41-1830.13, ARS; repealing section 41-1830.14, ARS; amending section 41-1830.15, ARS; amending title 41, chapter 12, article 10, ARS, by adding section 41-1830.16; amending sections 41-1952, 41-1954, 41-2061, 41-2065, 41-2147, 41-2305, 41-2405, 41-2513, 41-2804, 41-2831, 41-3016.06, 41-3451, 41-3503, 41-3505, 41-3952, 41-4253, 41-4301, 41-4801, 42-1002, 42-1004, 42-1252, 42-16155, 45-104, 45-418, 49-103 and 49-1203, ARS; relating to the state personnel system.

AYES 21: Allen, Antenori, Barto, Biggs, Burges, Crandall, Driggs, Gould, Gray, Griffin, Klein, Lewis, McComish, Melvin, Murphy, Nelson, Reagan, Shooter, Smith, Yarbrough, President Pierce S

NOES 9: Aboud, Cajero Bedford, Gallardo, Jackson, Landrum Taylor, Lopez, Lujan, Meza, Schapira

## ORDER OF BUSINESS

The President announced that without objection, the Senate would revert to the Order of Business, Committee of the Whole

## COMMITTEE OF THE WHOLE

Upon motion of Senator Biggs and agreed to, the Senate at 2:33 p.m. resolved itself into Committee of the Whole for consideration of bills on the calendar with Senator Gray in the chair.

Senator Biggs moved that during Committee of the Whole the debate be limited to no more than three minutes per Senator, speaking once per motion. The motion carried.

At 2:55 p.m., the Committee of the Whole was dissolved and Senator Gray submitted the following recommendations:

House Bill 2745, do pass amended
House Concurrent Resolution 2060, do pass

Senator Gray moved the report of the Committee of the Whole be adopted and the bills be properly assigned. The motion carried and the bills reported do pass and do pass amended were placed under Third Reading of Bills.

## CONFERENCE COMMITTEE REPORTS

Senator Biggs moved on behalf of the Chairman that the Senate adopt the following conference committee report:

Senators Biggs, McComish and Meza, Senate conferees, and Representatives Ugenti, Dial and Tovar, House conferees, submitted the following conference report on Senate Bill 1153:

That the Senate accept the House amendments with exceptions and the bill be further amended.

The motion carried and the Secretary notified the House.

## FINAL READING OF BILLS

The following bill was read on Final Reading by number and title, passed on roll call and signed in open session:

Senate Bill 1153: An Act amending section 28-2166, ARS; relating to vehicle rental liability.

418            JOURNAL OF THE SENATE
Wednesday, May 2, 2012

AYES 29: Allen, Antenori, Barto, Biggs, Burges, Cajero Bedford, Crandall, Driggs, Gallardo, Gould, Gray, Griffin, Jackson, Klein, Landrum Taylor, Lewis, Lopez, Lujan, McComish, Melvin, Meza, Murphy, Nelson, Reagan, Schapira, Shooter, Smith, Yarbrough, President Pierce S

NOES 1: Aboud

RECESS

At 3:04 p.m. the Senate stood at recess subject to the sound of the gavel.

RECONVENE

The President called the Senate to order at 3:26 p.m.

### THIRD READING OF BILLS

The following bill was read on Third Reading by number and title, passed on roll call and signed in open session:

House Bill 2745: An Act amending sections 38-711, 38-714, 38-715 and 38-718, ARS; repealing section 38-719, ARS; amending sections 38-721, 38-740, 38-743, 38-744, 38-745 and 38-760, ARS; providing for the delayed repeal of section 38-761, ARS; amending sections 38-762, 38-783, 38-797.07 and 38-843.05, ARS; making an appropriation; relating to retirement systems.

AYES 30: Aboud, Allen, Antenori, Barto, Biggs, Burges, Cajero Bedford, Crandall, Driggs, Gallardo, Gould, Gray, Griffin, Jackson, Klein, Landrum Taylor, Lewis, Lopez, Lujan, McComish, Melvin, Meza, Murphy, Nelson, Reagan, Schapira, Shooter, Smith, Yarbrough, President Pierce S

### CONCURRENCE OF BILLS

Senator Biggs moved that the Senate concur in the House amendments to Senate Bill 1407. The motion carried.

The bill was placed under Final Reading of Bills.

### FINAL READING OF BILLS

The following bill was read on Final Reading by number and title, passed on roll call and signed in open session:

Senate Bill 1407: An Act amending sections 48-261, 48-262, 48-266, 48-851 and 48-853 ARS; relating to fire districts.

AYES 29: Aboud, Allen, Antenori, Barto, Biggs, Burges, Cajero Bedford, Crandall, Driggs, Gallardo, Gray, Griffin, Jackson, Klein, Landrum Taylor, Lewis, Lopez, Lujan, McComish, Melvin, Meza, Murphy, Nelson, Reagan, Schapira, Shooter, Smith, Yarbrough, President Pierce S

NOES 1: Gould

### OTHER BUSINESS OF THE SENATE

EXECUTIVE CONFIRMATIONS

President Pierce announced that a group motion would be made for the confirmations unless a Senator requested a nomination to be considered separately.

The Committee on Commerce and Energy, Senator Melvin, Chairman, having had under consideration the matter of the Governor's appointment of Terry R. Gleeson as a member of the Board of Manufactured Housing for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Commerce and Energy, Senator Melvin, Chairman, having had under consideration the matter of the Governor's appointment of Sharon L. Henry as a member of the Arizona Sports and Tourism Authority for the term of office expiring July 1, 2014 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Commerce and Energy, Senator Melvin, Chairman, having had under consideration the matter of the Governor's appointment of Zeek Ojeh as a member of the Board of Manufactured Housing for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Commerce and Energy, Senator Melvin, Chairman, having had under consideration the matter of the Governor's appointment of Nicholas P. Scutari as a member of the Arizona State Lottery Commission for the term of office expiring January 16, 2017 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Committee on Education, Senator Crandall, Chairman, having had under consideration the matter of the Governor's appointment of Eldon E. Hastings as a member of the Commission for Postsecondary Education for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Education, Senator Crandall, Chairman, having had under consideration the matter of the Governor's appointment of Todd A. Juhl as a member of the State Board for Charter Schools for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Education, Senator Crandall, Chairman, having had under consideration the matter of the Governor's appointment of Patricia J. Leonard as a member of the State Board for Private Postsecondary Education for the term of office expiring January 15, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Education, Senator Crandall, Chairman, having had under consideration the matter of the Governor's appointment of Jason D. Pistillo as a member of the State Board for Private Postsecondary Education for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Education, Senator Crandall, Chairman, having had under consideration the matter of the Governor's appointment of Kathleen Player as a member of the Commission for Postsecondary Education for the term of office expiring January 21, 2013 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Education, Senator Crandall, Chairman, having had under consideration the matter of the Governor's appointment of Kathryn L. Senseman as a member of the State Board for Charter Schools for the term of office expiring January 20, 2014 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Education, Senator Crandall, Chairman, having had under consideration the matter of the Governor's appointment of Jeffrey J. Smith as a member of the School Facilities Board for the term of office expiring January 18, 2016 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Committee on Finance, Senator Yarbrough, Chairman, having had under consideration the matter of the Governor's appointment of Thomas J. Connelly as a member of the Arizona State Retirement System Board for the term of office expiring January 21, 2013 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Finance, Senator Yarbrough, Chairman, having had under consideration the matter of the Governor's appointment of William C. Davis as a member of the Public Safety Personnel Retirement System Board of Trustees for the term of office expiring January 16, 2017 submitted the following report: Your Committee recommends to the Senate the confirmation.

## JOURNAL OF THE SENATE
### Wednesday, May 2, 2012

The Committee on Finance, Senator Yarbrough, Chairman, having had under consideration the matter of the Governor's appointment of Derrick R.E. Doba as a member of the State Board of Tax Appeals for the term of office expiring January 21, 2013 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Finance, Senator Yarbrough, Chairman, having had under consideration the matter of the Governor's appointment of Gregory S. Ferguson as a member of the Public Safety Personnel Retirement System Board of Trustees for the term of office expiring January 16, 2017 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Finance, Senator Yarbrough, Chairman, having had under consideration the matter of the Governor's appointment of Steven R. Matthews as a member of the Family College Savings Program Oversight Committee for the term of office expiring January 18, 2016 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Finance, Senator Yarbrough, Chairman, having had under consideration the matter of the Governor's appointment of Michael J. Smarik as a member of the Arizona State Retirement System Board for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Committee on Government Reform, Senator Murphy, Chairman, having had under consideration the matter of the Governor's appointment of Patrick J. Quinn as a member of the State Personnel Board for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Government Reform, Senator Murphy, Chairman, having had under consideration the matter of the Governor's appointment of James V. Thompson as a member of the State Personnel Board for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Committee on Healthcare and Medical Liability Reform, Senator Barto, Chairman, having had under consideration the matter of the Governor's appointment of James M. Gillard as a member of the Arizona Medical Board for the term of office expiring July 1, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Healthcare and Medical Liability Reform, Senator Barto, Chairman, having had under consideration the matter of the Governor's appointment of Harold Magalnick as a member of the Arizona Medical Board for the term of office expiring July 1, 2012 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Committee on Judiciary, Senator Gould, Chairman, having had under consideration the matter of the Governor's appointment of Charles A. Brown III as a member of the Commission on Trial Court Appointments, Maricopa County for the term of office expiring January 20, 2014 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Judiciary, Senator Gould, Chairman, having had under consideration the matter of the Governor's appointment of Nicholas Basil Simonetta as a member of the Urban Land Planning Oversight Committee for the term of office expiring January 18, 2016 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Committee on Natural Resources and Transportation, Senator Nelson, Chairman, having had under consideration the matter of the Governor's appointment of James V. Christensen as a member of the Arizona State Veterinary Medical Examining Board for the term of office expiring January 19, 2015 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Natural Resources and Transportation, Senator Nelson, Chairman, having had under consideration the matter of the Governor's appointment of Janet Kay Daggett as a member of the Arizona State Parks Board for the term of office expiring January 15, 2018 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Natural Resources and Transportation, Senator Nelson, Chairman, having had under consideration the matter of the Governor's appointment of Rory S. Goree as a member of the Arizona Racing Commission for the term of office expiring January 16, 2017 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Natural Resources and Transportation, Senator Nelson, Chairman, having had under consideration the matter of the Governor's appointment of Donald R. Johnson as a member of the Arizona Game and Fish Commission Appointment Recommendation Board for the term of office expiring July 29, 2014 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Natural Resources and Transportation, Senator Nelson, Chairman, having had under consideration the matter of the Governor's appointment of Joseph E. La Rue as a member of the State Transportation Board for the term of office expiring January 15, 2018 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Committee on Veterans, Military and Government Affairs, Senator Driggs, Chairman, having had under consideration the matter of the Governor's appointment of Richard A. Kochanski as a member of the State Fire Safety Committee for the term of office expiring January 21, 2013 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Veterans, Military and Government Affairs, Senator Driggs, Chairman, having had under consideration the matter of the Governor's appointment of Russell H. Louman as a member of the State Fire Safety Committee for the term of office expiring January 21, 2013 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Veterans, Military and Government Affairs, Senator Driggs, Chairman, having had under consideration the matter of the Governor's appointment of Patrick N. Moore as a member of the State Fire Safety Committee for the term of office expiring January 20, 2014 submitted the following report: Your Committee recommends to the Senate the confirmation.

The Committee on Veterans, Military and Government Affairs, Senator Driggs, Chairman, having had under consideration the matter of the Governor's appointment of Rick Alan Southey as a member of the State Fire Safety Committee for the term of office expiring January 21, 2013 submitted the following report: Your Committee recommends to the Senate the confirmation.

The President asked if the Senate would advise and consent to the nominations and it was agreed to.

The Secretary notified the Governor and the Secretary of State of the confirmations.

CONFERENCE COMMITTEE REPORTS

Senator Biggs moved on behalf of the Chairman that the Senate adopt the following conference committee report:

## JOURNAL OF THE SENATE
### Wednesday, May 2, 2012

Senators Gray, Lopez and Yarbrough, Senate conferees, and Representatives Harper, Meyer and Yee, House conferees, submitted the following corrected conference report on House Bill 2093:

That the House accept the Senate amendments with exceptions and the bill be further amended.

The motion carried and the Secretary recorded the action and notified the House.

RECESS

At 3:48 p.m. the Senate stood at recess subject to the sound of the gavel.

RECONVENE

President Pro Tempore Allen assumed the chair and called the Senate to order at 4:46 p.m.

ADJOURNMENT

Upon motion of Senator Biggs and agreed to, the Senate adjourned at 4:46 p.m. until Thursday, May 3, 2012 at 10:00 a.m.

SYLVIA ALLEN
President Pro Tempore of the Senate

ATTEST:

CHARMION BILLINGTON
Secretary of the Senate

430 JOURNAL OF THE HOUSE

Wednesday, May 2, 2012

One Hundred Fifteenth Day

The session scheduled to convene at 10:00 a.m. was called to order at 10:40 a.m., Speaker Andrew M. Tobin presiding.

Attendance roll call was as follows:

PRESENT: Alston, Arredondo, Ash, Barton, Campbell, Chabin, Court, Crandell, Dial, Fann, Farley, Farnsworth, Fillmore, Fontana, Forese, Gallego, Gonzales, Goodale, Gowan, Gray R, Hale, Harper, Heinz, Hobbs, Jones, Judd, Kavanagh, Lesko, Lovas, McLain, Meyer, Miranda C, Montenegro, Olson, Pancrazi, Pierce, Pratt, Quezada, Reeve, Robson, Saldate, Seel, Smith D, Stevens, Tovar, Urie, Vogt, Weiers Jerry P, Wheeler, Williams, Yee, Speaker Tobin—52

ABSENT: Mesnard, Ugenti, Weiers Jim—3

EXCUSED: Ableser, Brophy McGee, Carter, McCune Davis, Proud—5

Members Ableser, Brophy McGee, Carter, McCune Davis and Proud were excused on personal business.

Members McCune Davis and Mesnard were seated at 11:15 a.m. Mrs. Ugenti was seated at 11:19 a.m. Mr. Jim Weiers was seated at 11:48 a.m. Mrs. Carter was seated at 11:50 a.m. Mrs. Brophy McGee was seated at 11:51 a.m.

Prayer was offered by Member Tom Forese.

The Pledge of Allegiance to the Flag was led by Member John Fillmore.

Without objection the reading of the Journal of Tuesday, May 1, 2012, was dispensed with and approved as written.

PERSONAL PRIVILEGE

Mrs. Yee expressed appreciation to staff, members and leadership of the House.

REPORTS OF SELECT COMMITTEES

The Free Conference Committee on Senate Bill 1153 reported:

That the Senate accept the House amendments with exceptions and the bill be further amended.

| HOUSE CONFEREES: | SENATE CONFEREES: |
|---|---|
| Michelle Ugenti | Andy Biggs |
| Jeff Dial | John McComish |
| Anna Tovay | Robert Meza |

Motion by Mr. Court that the House adopt the Conference Committee Report on Senate Bill 1153. Carried.

BUSINESS ON THE SPEAKER'S DESK

Certificates of appreciation were presented to the following House pages:

| | | |
|---|---|---|
| Daniel Briggin | Kyle Briggin | Tara Chapman |
| Carissa Cortez | Rose Estes | Daniel Frank |
| Samantha Franklin | William Fry | Anadela Hogan |
| Bethany Hunter | Frank (Taylor) Larson | Esther Linkey |
| Adrian Luth | Brendan Melander | Megan O'Brien |
| Micah Palich | Devon Romo | Ben Scheel |
| Jessica Sornsin | Charissa Wright | |

Wednesday, May 2, 2012                                    431

### One Hundred Fifteenth Day

Certificates of appreciation were presented to the following House interns:

| | | |
|---|---|---|
| Christopher Adams | Alexis Burkhart | Virginia Carico |
| Patrick Devine | Thomas Drogaris | Yijee Jeong |
| Bethan Jones | Tom Kwon | Traci Long |
| Stuart Luther | Kate Sommerville | |
| Chelsea Rubin | Casaundra Wallace | Katherine Adler |
| Elizabeth Bixby | Daniel Dominguez | Brian Holly |
| Lourdes Pena | Kimberley Pope | Tameka Spence |
| Nathan Wade | Krystle Fernandez | Paul Gales |
| Ryan McCarthy | Kyle LaRose | |

### UNFINISHED BUSINESS

Motion by Mr. Mesnard that the House accede to the Senate request and appoint a Free Conference Committee to consider the disagreement on House amendments to Senate Bill 1442. Carried, and Speaker Tobin appointed Members Mesnard, Farley and Vogt

Motion by Mr. Harper that the House accede to the Senate request and appoint a Free Conference Committee to consider the disagreement on House amendments to Senate Bill 1449. Carried, and Speaker Tobin appointed Members Montenegro, Farnsworth and Quezada

### BUSINESS ON THE SPEAKER'S DESK

Motion by Mr. Farnsworth that , whereas, even though the House of Representatives believes it is clear under the House Rules, the Arizona Constitution, and case law, that the Speaker of the House of Representatives is authorized to represent the entire body in various matters, including litigation, but nevertheless the Arizona Supreme Court in Bennett v. Napolitano did not recognize this authority; therefore, I move that the House of Representatives, Fiftieth Legislature, join with the Senate to file suit, and join or intervene in any suit in both state and federal court to defend the authority of the House related to redistricting under the Constitutions of both the United States and of the State of Arizona. To accomplish this purpose the House authorizes the Speaker to represent the interests of the House of Representatives and take all appropriate action, including the retention of outside counsel, on its behalf in any matter related to redistricting, including acting jointly with the Senate President to act on behalf of the Legislature as a whole. Carried.

Speaker Tobin announced pursuant to House Rule 17E, that permission was granted for conference committees to meet through today, May 2, 2012.

### THIRD READING OF BILLS

The following bills were read the third time by number and title, passed on roll call vote and signed in open session by Speaker Tobin:

Senate Bill 1407: An Act amending sections 48-261, 48-262, 48-266, 48-851 and 48-853 ARS; relating to fire districts.

AYES 58: Alston, Arredondo, Ash, Barton, Brophy Mcgee, Campbell, Carter, Chabin, Court, Crandell, Dial, Fann, Farley, Farnsworth, Fillmore, Fontana, Forese, Gallego, Gonzales, Goodale, Gowan, Gray R, Hale, Harper, Heinz, Hobbs, Jones, Judd, Kavanagh, Lesko, Lovas, McCune Davis, McLain, Mesnard, Meyer, Miranda C, Montenegro, Olson, Pancrazi, Pierce, Pratt, Quezada, Reeve, Robson, Saldate, Seel, Smith D, Stevens, Tovar, Ugenti, Urie, Vogt, Weiers J, Weiers Jp, Wheeler, Williams, Yee, Speaker Tobin

NOT VOTING 2: Ableser, Proud

### UNFINISHED BUSINESS

Motion by Mrs. Yee that the House concur in the Senate amendments to House Bill 2503. Carried.

432                              Wednesday, May 2, 2012

### One Hundred Fifteenth Day

### FINAL PASSAGE

The following bill, as amended by the Senate, was read the final time by number and title, passed on roll call vote and signed in open session by Speaker Tobin:

House Bill 2503: An Act amending title 12, chapter 6, article 9, ARS, by adding section 12-689; relating to product liability.

AYES 38: Barton, Brophy Mcgee, Carter, Chabin, Court, Crandell, Dial, Fann, Farnsworth, Fillmore, Forese, Goodale, Gowan, Gray R, Harper, Jones, Judd, Kavanagh, Lesko, Lovas, McLain, Mesnard, Montenegro, Olson, Pierce, Pratt, Reeve, Robson, Seel, Stevens, Ugenti, Urie, Vogt, Weiers J, Williams, Yee, Speaker Tobin

NAYS 20: Alston, Arredondo, Ash, Campbell, Farley, Fontana, Gallego, Gonzales, Hale, Heinz, Hobbs, McCune Davis, Meyer, Miranda C, Pancrazi, Quezada, Saldate, Smith D, Tovar, Wheeler

NOT VOTING 2: Ableser, Proud

### UNFINISHED BUSINESS

Motion by Mr. Crandell that the House concur in the Senate amendments to House Concurrent Resolution 2004. Carried.

### FINAL PASSAGE

The following bill, as amended by the Senate, was read the final time by number and title, passed on roll call vote and signed in open session by Speaker Tobin:

House Concurrent Resolution 2004: A Concurrent Resolution proposing an amendment to the Constitution of Arizona; amending the Constitution of Arizona by adding article II.I; amending article XX, paragraphs 4 and 12, Constitution of Arizona; relating to state sovereignty.

AYES 38: Ash, Barton, Brophy Mcgee, Carter, Court, Crandell, Dial, Fann, Farnsworth, Fillmore, Forese, Goodale, Gowan, Gray R, Harper, Jones, Judd, Kavanagh, Lesko, Lovas, McLain, Mesnard, Montenegro, Olson, Pierce, Pratt, Robson, Seel, Smith D, Stevens, Ugenti, Urie, Vogt, Weiers J, Weiers Jp, Williams, Yee, Speaker Tobin

NAYS 20: Alston, Arredondo, Campbell, Chabin, Farley, Fontana, Gallego, Gonzales, Hale, Heinz, Hobbs, McCune Davis, Meyer, Miranda C, Pancrazi, Quezada, Reeve, Saldate, Tovar, Wheeler

NOT VOTING 2: Ableser, Proud

Motion by Mr. Court that the House stand at recess subject to the sound of the gavel. Carried at 12:45 p.m.

Speaker Tobin called the House to order at 3:54 p.m.

### BILLS AND OTHER BUSINESS FROM THE SENATE

HB 2571, passed amended, 21-9-0
SB 1153, passed on Final Passage, 29-1-0

Motion by Mr. Court that the House stand adjourned until 10:00 a.m., Thursday, May 3, 2012. Carried at 3:55 p.m.

ANDREW M. TOBIN
Speaker of the House

ATTEST:

CHERYL LAUBE
Chief Clerk of the House